# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

UNITED STATES OF AMERICA
Prosecution

VERSUS                                                      CAUSE NO.: 1:16-CR-98-HSO-JCG

SHAWNTAE MAURICE FAIRLEY
Defendant

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW, the Defendant, SHAWNTAE MAURICE FAIRLEY, by and through their Counsel Ramiro Orozco, files this, Notice of Intent to Change Plea from that of Not Guilty to Guilty.

This change of plea is based on plea negotiations with the U.S. Attorney's Office and through those plea negotiations the Defendant has voluntarily decided to change their plea to that of Guilty in exchange for a recommended sentence.

This notice is filed to alert this Court that Defendant is indeed prepared to go forward and requests a plea date. Futher, Defense Counsel will be unavalible due to a prior scheduled engagement from May 29, 2017 through June 2, 2017, and respectfully request that this Honnorable Court schedule Defendant's plea date before or after the week of May 29, 2017

RESPECTFULLY SUBMITTED, May 16, 2017.

By:     /s/ Ramiro Orozco
        Ramiro Orozco, MSB #101487
        Attorney for Defendant

Ramiro "Remy" Orozco
*Attorney for Defendant*
MSB No.: 101487
**Mail:** P.O. Box 666
Gulfport, MS 39502
**Tel:** (228) 831-0025
**Fax:** (877) 809-2390
**Email:** rorozco@msgulflaw.com

# CERTIFICATE OF SERVICE

I, Ramiro Orozco, do hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the ECF System, which sent notification of such filing to all Counsel of record.

SO CERTIFIED, May 16, 2017.

By:   /s/ Ramiro Orozco
    Ramiro Orozco, MSB #101487
    Attorney for Defendant


Ramiro "Remy" Orozco
*Attorney for Defendant*
MSB No.: 101487
**Mail:** P.O. Box 666
Gulfport, MS 39502
**Tel:** (228) 831-0025
**Fax:** (877) 809-2390
**Email:** rorozco@msgulflaw.com